# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-0928

———————————————

LAND 'N SEA DISTRIBUTING, INC.
and INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA,

    Appellants,

    v.

CHAVIS MCDONALD,

    Appellee.

———————————————

On appeal from the Office of the Judges of Compensation Claims.
Michael J. Ring, Judge.

Date of Accident: July 10, 2021.

July 31, 2024

PER CURIAM.

The Court dismisses the appeal for lack of jurisdiction. Fla. R.
App. P. 9.180(b)(1)(C); *Cadco Builders, Inc. v. Roberts*, 712 So. 2d
457, 457 (Fla. 1st DCA 1998) (explaining that "the JCC must make
a certification which clearly conforms to the prerequisites of the
rule in order to render an appealable nonfinal order").

All pending motions are denied.

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael F. Wilkes and Jennifer C. Devine of Jones, Hurley & Hand, P.A., Maitland, for Appellants.

Michael J. Winer of Winer Law Group, P.A., Tampa, for Appellee.